**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 17, 2026

Travis Gordon Jones
FEDERAL CORRECTIONAL INSTITUTION
18171-029
2680 301 South
Jesup, GA 31599

RE: 26-2167 United States v. Travis Jones

Dear Travis Gordon Jones:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Susan E. Bindler
Clerk of Court

DNS

Enclosure(s)

cc:     Dan Chatham
        Clerk, U.S. District Court, Northern Iowa
        Webb L. Wassmer

District Court/Agency Case Number(s): 2:19-cr-01037-CJW-1