# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-2167

United States of America

Appellee

v.

Travis Gordon Jones

Appellant

---

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(2:19-cr-01037-CJW-1)

---

## ORDER

The petition for rehearing by the panel is denied.

July 29, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler